# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 30, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157328(40)

WHITNEY SCHUSTER,
      Plaintiff-Appellee,

v

RIVER OAKS GARDEN APARTMENTS, LLC,
      Defendant-Appellant.
_____/

SC: 157328
COA: 335246
Kent CC: 14-005418-NO

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing her answer to the application for leave to appeal is GRANTED. The answer will be accepted for filing if submitted on or before May 2, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 30, 2018



Clerk